IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

CRAIG JEFFREY HARRELL, :
:
    Petitioner, :
:
v. : CASE NO.: 1:11-CV-007 (WLS)
:
OFFICER SHELLY, WARDEN SHIVERS, :
DEPUTY WARDEN FLOYD, and :
COUNSELOR SANDRA FISHER, :
:
    Respondents. :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed April 4, 2011. (Doc. 12). It is recommended that Respondent Officer Shelly be dismissed from this action, that the claims against Defendants Shivers, Floyd and Fisher proceed, and that service be made against the Defendants.

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (Doc. 12). The period for objections expired on Monday, April 18, 2011; no objections have been filed to date. (See Docket). Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 12) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Officer Shelly is **DISMISSED** from this action, the remaining claims against Defendants Shivers, Floyd and Fisher may proceed at this time, and the Court directs that service shall be made upon the Defendants.

    **SO ORDERED**, this  12th  day of May, 2011.

                      /s/ W. Louis Sands
                      **THE HONORABLE W. LOUIS SANDS,**
                      **UNITED STATES DISTRICT COURT**

1