IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CRAIG JEFFERY HARRELL, | : | |
| | : | |
| Plaintiff, | : | Case No.:  1:11-CV-007 (WLS) |
| | : | |
| v. | : | |
| | : | |
| WARDEN SHIVERS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed October 11, 2012. (Doc. 35). It is recommended that Defendants Warden Bruce Shivers, Deputy Warden Jerry Floyd and Sandra Fisher's Motion for Summary Judgment (Doc. 32) be granted.[1] (Doc. 35 at 3). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on October 25, 2012. (*See* Doc. 35 at 3; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 35) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.  Therefore, Defendants' Motion for Summary Judgment (Doc. 35) is **GRANTED**.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff shall take nothing by his Complaint (Doc. 1), and

---

[1] Defendant Officer Shelly was dismissed by Order dated May 15, 2011.  (Doc. 18.)

1

**JUDGMENT** shall be entered in favor of Defendants.

**SO ORDERED**, this   8th   day of March, 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

2